AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:23-MJ-0024 | 04/27/2023 3:01 pm | Shacoyia Johnson |

Inventory made in the presence of :
S/A Johnny McDonald

Inventory of the property taken and name of any person(s) seized:

(1) Ruger, model EC9S, 9mm, S/N 462-87663
(1) Pistol magazine
(20) Rounds of 9mm ammunition
(1) Snapsafe lock box
Approximately 16 grams of Marijuana
<----------------------------------------Nothing Follows----------------------------------------->

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    04/28/2023

*Executing officer's signature*
Digitally signed by Charles Mulherin
Date: 2023.04.28 13:21:02 -04'00'

Charles Mulherin, ATF Special Agent
*Printed name and title*